**Electronically Filed
Supreme Court
SCWC-18-0000626
22-OCT-2019
02:23 PM**

SCWC-18-0000626

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

DOMINICK OBERLE,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000626; CR. NO. 1CPC-18-0000256)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Dominick Oberle's

Application for Writ of Certiorari, filed on August 25, 2019, is

hereby rejected.

DATED: Honolulu, Hawaiʻi, October 22, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

